IN THE UNITED STATES BANKRUPTCY COURT
FOR THE District of New Jersey
CAMDEN DIVISION

IN RE: LINDSEY A WATSON

CASE NO. 1-23-BK-18441

CLAIM: 6

### NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, National Collegiate Student Loan Trust 2007-2 hereby request the Trustee payment address on its claim for the above mentioned case be changed from the following address:

**National Collegiate Student Loan Trust 2007-2**
**Transworld Systems Inc**
**PO BOX 96525**
**CHARLOTTE NC 282960525**

To the new address below:

**National Collegiate Student Loan Trust 2007-2**
**Transworld Systems Inc**
**PO Box 17116**
**Wilmington DE 19850**

This address change pertains to Trustee payments for this claim filed by the Creditor.

/s/ Lestellia Joyner                                        Date: 11/21/2023
Lestellia Joyner
Telephone: (800) 209-9161