| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Law Offices of Robert Manchel<br>Executive Center of Greentree<br>One Eves Drive, Suite 111<br>Marlton, New Jersey 08053<br>(856) 797-1500<br>Robert Manchel<br>RM 1141<br>Attorney For Debtor(s) | Case No.: 23-18441<br><br>Chapter: 13 |
| In Re:<br><br>Lindsey A. Watson | Adv. No.:<br><br>Hearing Date:<br><br>Judge: ABA |

## CERTIFICATION OF SERVICE

1. I, __Robert Manchel__ :

   ☒ represent __debtor, Lindsey A. Watson__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __March 5, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Respecting Amendment to Schedule D

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 10, 2024                    /s/ Robert Manchel, Esq.
                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg, Esq.<br>Office of the Chapter 13 Trustee<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Cahptper 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mount Laurel Municipal Utilities Authority<br>1201 South Church Street<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |