UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert Manchel, Esq.
1 Eves Dr., Suite 111
Marlton, NJ. 08053
Attorney for debtor(s)
RM-1141

In Re:
Lindsey Watson

Order Filed on March 8, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-18441ABA

Chapter: 13

Judge:

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 8, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 11/28/2023 :

Property:    3203 Saxony Dr., Mount Laurel, NJ. 08054

Creditor:    M & T Bank

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by debtor , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including 5/26/24 .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

rev.12/17/19

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18441-ABA |
| Lindsey A. Watson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 08, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2024:**

**Recip ID**        **Recipient Name and Address**
db               +   Lindsey A. Watson, 3203 Saxony Dr., Mount Laurel, NJ 08054-6815

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2024            Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2024 at the address(es) listed below:**

**Name**                 **Email Address**

Andrew B Finberg
     ecfmail@standingtrustee.com

Andrew B Finberg
     on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com

Denise E. Carlon
     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert Manchel
     on behalf of Debtor Lindsey A. Watson manchellaw@yahoo.com  manchel.robertb132225@notify.bestcase.com

Thomas J Orr
     on behalf of Creditor Madison Place Condominium Association  Inc. tom@torrlaw.com, xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 08, 2024 | Form ID: pdf903 | Total Noticed: 1 |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6