UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian E. Caine, Esq.
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
Marlton, New Jersey 08053
(856) 985-4059
Attorney for Secured Creditor, Mount Laurel Township MUA

Order Filed on April 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lindsey A. Watson

Case No. 23-18441-ABA
Chapter 13
Hearing Date: 04/24/2024 at 09:00 AM

Judge:   Andrew B. Altenburg Jr.

# ORDER RESOLVING MOUNT LAUREL TOWNSHIP MUA'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 18, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  Lindsey A. Watson
Case No:  23-18441-ABA
Caption of Order:  Order Resolving Mount Laurel Township MUA's Chapter 13 Plan and Modified Plan

---

Upon consideration of Mount Laurel Township MUA's objection to confirmation of plan on the basis of the amount of the claim to be cured through the plan as listed in the plan ($10.00) versus the amount provided for in the secured claim ($8,382.30); and the parties having settled their differences and agree to the form, content and entry of the within order; and for good cause appearing therefore, it is hereby;

**ORDERED** as follows:

1.  The Debtor's treatment for Mount Laurel Township MUA's claim on property known as 3203 Saxony Dr., Mount Laurel, NJ 08054 (Block 301.20, Lot 1, Qual C3203), is to cure the arrears through the Chapter 13 plan and maintain the regular post-petition utilities payments to Mount Laurel Township MUA outside the plan.

2.  The arrears are $8,382.30 and this amount will be initially scheduled to be paid in full through the Debtor's Plan.

3.  The Chapter 13 Trustee shall adjust the amount of the arrears to be distributed to Mount Laurel Township MUA to reflect the terms of this Order.

4.  Mount Laurel Township MUA's proof of claim #21 will govern as to the amount of arrears.