UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian E. Caine, Esq.
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
Marlton, New Jersey 08053
(856) 985-4059
Attorney for Secured Creditor, Mount Laurel
Township MUA

Order Filed on April 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lindsey A. Watson

Case No. 23-18441-ABA
Chapter 13
Hearing Date: 04/24/2024 at 09:00 AM

Judge:   Andrew B. Altenburg Jr.

**ORDER RESOLVING MOUNT LAUREL TOWNSHIP MUA'S
OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 18, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtors:  Lindsey A. Watson

Case No:  23-18441-ABA

Caption of Order:  Order Resolving Mount Laurel Township MUA's Chapter 13 Plan and Modified Plan

Upon consideration of Mount Laurel Township MUA's objection to confirmation of plan on the basis of the amount of the claim to be cured through the plan as listed in the plan ($10.00) versus the amount provided for in the secured claim ($8,382.30); and the parties having settled their differences and agree to the form, content and entry of the within order; and for good cause appearing therefore, it is hereby;

**ORDERED** as follows:

1.    The Debtor's treatment for Mount Laurel Township MUA's claim on property known as 3203 Saxony Dr., Mount Laurel, NJ 08054 (Block 301.20, Lot 1, Qual C3203), is to cure the arrears through the Chapter 13 plan and maintain the regular post-petition utilities payments to Mount Laurel Township MUA outside the plan.

2.    The arrears are <u>$8,382.30</u> and this amount will be initially scheduled to be paid in full through the Debtor's Plan.

3.    The Chapter 13 Trustee shall adjust the amount of the arrears to be distributed to Mount Laurel Township MUA to reflect the terms of this Order.

4.    Mount Laurel Township MUA's proof of claim #21 will govern as to the amount of arrears.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                Case No. 23-18441-ABA
Lindsey A. Watson                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                              Page 1 of 2
Date Rcvd: Apr 18, 2024                     Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

**Recip ID**            **Recipient Name and Address**
db              +   Lindsey A. Watson, 3203 Saxony Dr., Mount Laurel, NJ 08054-6815

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024                 Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

**Name**                **Email Address**
Andrew B Finberg
                        ecfmail@standingtrustee.com

Andrew B Finberg
                        on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com

Brian E Caine
                        on behalf of Creditor Mount Laurel Township MUA bcaine@parkermccay.com  BKcourtnotices@parkermccay.com

Denise E. Carlon
                        on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert Manchel
                        on behalf of Debtor Lindsey A. Watson manchellaw@yahoo.com  manchel.robertb132225@notify.bestcase.com

Thomas J Orr
                        on behalf of Creditor Madison Place Condominium Association  Inc. tom@torrlaw.com,
                        xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7