| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016<br>(609)386-8700<br>tom@torrlaw.com<br>Attorney for Madison Place Condominium Ass'n | |
| In Re:<br><br>Lindsey Watson,<br><br>Debtor. | Case No. 23-18441<br><br>Adv. No. n/a<br><br>Hearing Date: May 8, 2024<br><br>Judge: ABA |



Order Filed on May 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**CONSENT ORDER RESOLVING PLAN OBJECTON**

The relief set forth on the following two pages is hereby **ORDERED**.

**DATED: May 6, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ 08016
tom@torrlaw.com
(609)386-8700
ATTORNEY FOR MADISON PLACE
CONDOMINIUM ASSOCIATION

---

In re

Lindsey Watson,

Debtor.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Chapter 13
Case No. 23-18441(ABA)

CONSENT ORDER RESOLVING PLAN
OBJECTION AND CURING POST-PETITION
ARREARS

The plan objection (ECF 7) filed by Madison Place Condominium Association ("Madison") is resolved on the following terms:

a) Madison's Proof of Claim (No. 1-1) is bifurcated to $3,195.00 Secured and $3,195.00 Unsecured.

b) Post-Petition Arrears are fixed at $1,250.00 through and including April 2024. Debtor will cure the post-petition arrears outside the plan as follows:

    1) An immediate payment of $1,000; and

    2) Payments of $125.00 on June 1, 2024 and July 1, 2024.

Debtor will resume regular payments to Madison on May 1, 2024.

c) Upon clearance of the $1,000 immediate payment, Madison will discharge the condominium lien filed on October 18, 2022. Madison shall be allowed $250 counsel fees payable through the plan; and

d) Upon default of payments set forth in Paragraph B and after a grace period of thirty days, Madison may obtain an order vacating the stay upon Madison's certification. At the time the certification is filed with the Court, a copy of the certification shall be sent to the Chapter 13 Trustee, Debtor and Debtor's attorney.

We consent to this order.

/s/Thomas J. Orr, Esq.
Attorney for Madison Place Condominium Association

Dated: May 2, 2024


/s/ Robert ~~Thomas~~ Manchel, Esq.
Attorney for Debtor

Dated: May _____, 2024
5/2/2024