UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
tom@torrlaw.com
Attorney for Madison Place Condominium Ass'n

In Re:

Lindsey Watson,

Debtor.

Case No. 23-18441

Adv. No. n/a

Hearing Date: May 8, 2024

Judge: ABA

Order Filed on May 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER RESOLVING PLAN OBJECTON

The relief set forth on the following two pages is hereby **ORDERED**.

**DATED: May 6, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ  08016
tom@torrlaw.com
(609)386-8700
ATTORNEY FOR MADISON PLACE
CONDOMINIUM ASSOCIATION

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re

Lindsey Watson,

Debtor.

Chapter 13
Case No. 23-18441(ABA)

CONSENT ORDER RESOLVING PLAN
OBJECTION AND CURING POST-PETITION
ARREARS

The plan objection (ECF 7) filed by Madison Place Condominium Association ("Madison") is resolved on the following terms:

a) Madison's Proof of Claim (No. 1-1) is bifurcated to $3,195.00 Secured and $3,195.00 Unsecured.

b) Post-Petition Arrears are fixed at $1,250.00 through and including April 2024.  Debtor will cure the post-petition arrears outside the plan as follows:

    1) An immediate payment of $1,000; and

    2) Payments of $125.00 on June 1, 2024 and July 1, 2024.

Debtor will resume regular payments to Madison on May 1, 2024.

c) Upon clearance of the $1,000 immediate payment, Madison will discharge the condominium lien filed on October 18, 2022.  Madison shall be allowed $250 counsel fees payable through the plan; and

d) Upon default of payments set forth in Paragraph B and after a grace period of thirty days, Madison may obtain an order vacating the stay upon Madison's certification. At the time the certification is filed with the Court, a copy of the certification shall be sent to the Chapter 13 Trustee, Debtor and Debtor's attorney.

We consent to this order.

/s/Thomas J. Orr, Esq.
Attorney for Madison Place Condominium Association

Dated: May 2, 2024


/s/ Robert ~~Thomas~~ Manchel, Esq.
Attorney for Debtor

Dated: May _____, 2024
5/2/2024

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 23-18441-ABA
Lindsey A. Watson                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                     User: admin                             Page 1 of 2
Date Rcvd: May 06, 2024                  Form ID: pdf903                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2024:**

**Recip ID**    **Recipient Name and Address**
db    + Lindsey A. Watson, 3203 Saxony Dr., Mount Laurel, NJ 08054-6815

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2024                       Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2024 at the address(es) listed below:**

**Name**    **Email Address**

Andrew B Finberg
    ecfmail@standingtrustee.com

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com

Brian E Caine
    on behalf of Creditor Mount Laurel Township MUA bcaine@parkermccay.com BKcourtnotices@parkermccay.com

Denise E. Carlon
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert Manchel
    on behalf of Debtor Lindsey A. Watson manchellaw@yahoo.com manchel.robertb132225@notify.bestcase.com

Thomas J Orr
    on behalf of Creditor Madison Place Condominium Association Inc. tom@torrlaw.com, xerna@aol.com;orrtr87054@notify.bestcase.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: May 06, 2024 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
           USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7