UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert Manchel, Esq.
1 Eves Drive, Suite 111
Marlton, NJ 08053
Attorney for Debtor
RM-1141

In Re:

Lindsey Watson

Case No. 23-18441ABA

Judge:

Chapter 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**

**X    CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

**TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (**choose one**):

1.    X   Motion for Relief from the Automatic Stay filed by Lakeview Loan Servicing, LLC., creditor. A hearing has been scheduled for 9/24 /2024, at 10:00 a.m.

OR

_____ Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for _____ at _____ a.m.

OR

_____ Certification of Default filed by _____, creditor. I am requesting that a hearing be scheduled on this matter.

OR

_____ Certification of Default filed by Standing Chapter 13 Trustee.
I am requesting that a hearing be scheduled on this matter.

2.     I am objecting to the above for the following reasons (**choose one**):

\_\_\_\_\_ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

OR

\_\_\_\_\_ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

OR

__X__ Other:


I misunderstood that I was required to make monthly mortgage payments. I also spoke with a representative from M&T Bank asking about my payments when making the last one and was told on a recorded line that it was not mandatory to make payments.

I had an incredibly difficult pregnancy and as a result, I was unable to work for months.

Due to test results, I was sent to the ER on November 20th and was admitted as an in-patient. A blood clot was discovered in my leg on April 8th, when I was, again, admitted into the hospital as an in-patient.

Due to my condition, on June 19th, I had a c-section delivery.

On June 25th I was admitted into the hospital again for several days due to postpartum eclampsia, which led me to have brain swelling and several seizures while in the ICU.

I also experienced two familial deaths with my aunt passing in December and grandmother in April.

While on maternity leave, I was required to receive my regular monthly income, together through my employer and with my state disability benefits. However, I have not received my disability benefits.

I am expecting to receive a $3,500 lump sum disability disbursement within the week, which will commence the receipt of my regular disability benefits. When I start receiving my benefits, I will be able to make my regular monthly mortgage payments.

I respectfully request that the court allows me to add my mortgage arrears through my bankruptcy plan. I will submit to a wage order that pays my trustee payments and monthly mortgage payments.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I, Robert Manchel, Esq., emailed the above referenced response to the debtor, who reviewed it and consented to filing the same with the court. However, I have not yet received her signed certification. I will file her certification when I receive it.

5. I certify under penalty of perjury that the foregoing is true and correct.

Date: 9/16/2024               /s/Robert Manchel, Esq.
                              Robert Manchel, Esq., attorney for Debtor