UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

In Re:

Lindsey A. Watson,

Debtor.

Case No.:        23-18441-ABA

Chapter:              13

Hearing Date:     09/24/2024

Judge:              Altenburg

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 3203 Saxony Drive (Docket # 56)

_____

Date: 09/19/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*