Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−18441−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lindsey A. Watson
   3203 Saxony Dr.
   Mount Laurel, NJ 08054−3000

Social Security No.:
   xxx−xx−0629

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      12/12/24
Time:      02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Robert Manchel, Debtor's Attorney, period: 11/9/2023 to 10/22/2024.

COMMISSION OR FEES
fee: $3,762.50.

EXPENSES
$0.00.

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 28, 2024
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 23-18441-ABA
Lindsey A. Watson                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                               User: admin                                  Page 1 of 3
Date Rcvd: Oct 28, 2024                        Form ID: 137                               Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lindsey A. Watson, 3203 Saxony Dr., Mount Laurel, NJ 08054-6815 |
| lm | + | M & T Bank, 7114 E. Stetson Dr., Suite 250, Scottsdale, AZ 85251-3264 |
| cr | + | Madison Place Condominium Association, Inc., PO Box 1106, Voorhees, NJ 08043-7106 |
| 520070495 | +++ | First Investors Servicing Corporation, C/o Peritus Portfolio Services II LLC, PO Box 141419, Irving, TX 75014-1419 |
| 520036212 | | Madison Place Condo. Assoc., 10 Saxony Dr., Mount Laurel, NJ 08054 |
| 520195211 | + | Mount Laurel Township MUA, 1201 S. Church Street, Mount Laurel, NJ 08054-2999 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Oct 28 2024 20:37:17 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 28 2024 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 28 2024 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520050007 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 28 2024 20:52:36 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520069386 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2024 20:52:15 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520036206 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 28 2024 20:49:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520098510 | | Email/Text: BNCnotices@dcmservices.com | Oct 28 2024 20:48:00 | EMERG PHYS ASSOC OF SOUTH JERSEY, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 520048098 | ^ | MEBN | Oct 28 2024 20:37:24 | FIRST PORTFOLIO VENTURES II, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 520036207 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Oct 28 2024 20:48:00 | First Investors Financial Dept, Attn: Bankruptcy, 3065 Akers Mill Rd Se, Ste 700, Atlanta, GA 30339-3124 |
| 520036208 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2024 20:49:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 520102374 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2024 20:49:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 520065713 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2024 20:51:47 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 23-18441-ABA   Doc 64   Filed 10/30/24   Entered 10/31/24 00:15:01   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2024 | Form ID: 137 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 520098576 | ^ | MEBN | Oct 28 2024 20:38:33 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520036209 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2024 21:02:46 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520036211 | | Email/Text: camanagement@mtb.com | Oct 28 2024 20:48:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520176966 | | Email/Text: mholzinger@mltmua.com | Oct 28 2024 20:47:00 | Mount Laurel MUA, 1201 South Church St., Mount Laurel, NJ. 08054 |
| 520080532 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2024 20:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520065016 | + | Email/Text: TSIBNCBOX4275@tsico.com | Oct 28 2024 20:48:00 | National Collegiate Student Loan Trust 2007-2, Po Box 4275, Norcross, GA 30091-4275 |
| 520036213 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 28 2024 20:49:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520102698 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2024 20:52:14 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520036216 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2024 21:02:58 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520101844 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2024 20:48:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520036218 | | Email/Text: bknotice@upgrade.com | Oct 28 2024 20:47:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520058246 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 28 2024 20:49:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 520038759 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 28 2024 20:51:49 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520036210 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520036214 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520036215 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520036217 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2024          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Brian E Caine | on behalf of Creditor Mount Laurel Township MUA bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Manchel | on behalf of Debtor Lindsey A. Watson manchellaw@yahoo.com  manchel.robertb132225@notify.bestcase.com |
| Thomas J Orr | on behalf of Creditor Madison Place Condominium Association  Inc. tom@torrlaw.com, xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7