| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| Law Offices of Robert Manchel |
| Executive Center of Greentree |
| One Eves Drive, Suite 111 |
| Marlton, NJ  08053 |
| (856) 797-1500 |
| Robert Manchel (RM 1141) |
| Attorney for Debtor(s) |

Order Filed on December 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Lindsey A. Watson

Case No.: 23-18441ABA

Chapter: 13

Judge: Andrew B. Altenburg Jr.

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 13, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert Manchel, Esquire_____, the applicant, is allowed a fee of $ ____$3,762.50____ for services rendered and expenses in the amount of $____0____ for a total of $____3,762.50____. The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❑ outside the plan.

The debtor's monthly plan is modified to require a payment of $___$1,232.00___ per month for ____46____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*