Printed on: 12/31/2024
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-18441 (ABA)

Lindsey A. Watson
3203 Saxony Drive
Mount Laurel, NJ  08054-3000

Monthly Payment: $1,232.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2024 | $556.00 | 02/01/2024 | $556.00 | 03/01/2024 | $556.00 | 04/03/2024 | $556.00 |
| 07/01/2024 | $820.00 | 07/22/2024 | $1,200.00 | 08/15/2024 | $834.00 | 09/11/2024 | $834.00 |
| 10/17/2024 | $834.00 | 11/21/2024 | $1,142.00 | 12/31/2024 | $1,232.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LINDSEY A. WATSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL, ESQUIRE | 13 | $4,750.00 | $4,750.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL, ESQUIRE | 13 | $3,762.50 | $0.00 | $3,762.50 | $0.00 |
| 1 | CREDIT COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | FIRST INVESTORS | 24 | $2,945.67 | $216.04 | $2,729.63 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $732.72 | $0.00 | $732.72 | $0.00 |
| 4 | LVNV FUNDING, LLC | 33 | $924.53 | $0.00 | $924.53 | $0.00 |
| 5 | M & T BANK | 24 | $23,323.85 | $1,710.66 | $21,613.19 | $0.00 |
| 6 | MADISON PLACE CONDOMINIUM ASSOCIATION,INC. | 24 | $3,195.00 | $234.33 | $2,960.67 | $0.00 |
| 7 | U.S. DEPARTMENT OF EDUCATION | 33 | $49,867.55 | $0.00 | $49,867.55 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $980.00 | $0.00 | $980.00 | $0.00 |
| 9 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP, LLC | 33 | $731.34 | $0.00 | $731.34 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | Robert Manchel | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LVNV FUNDING, LLC | 33 | $34.28 | $0.00 | $34.28 | $0.00 |
| 15 | NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $455.00 | $0.00 | $455.00 | $0.00 |
| 18 | FIRST PORTFOLIO VENTURES I, LLC | 33 | $917.42 | $0.00 | $917.42 | $0.00 |
| 19 | CAPITAL ONE, N.A. | 33 | $1,923.10 | $0.00 | $1,923.10 | $0.00 |
| 20 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | 33 | $58,321.51 | $0.00 | $58,321.51 | $0.00 |
| 21 | CITIBANK, N.A. | 33 | $268.12 | $0.00 | $268.12 | $0.00 |
| 22 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $1,699.20 | $0.00 | $1,699.20 | $0.00 |
| 23 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $635.08 | $0.00 | $635.08 | $0.00 |
| 24 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $1,178.01 | $0.00 | $1,178.01 | $0.00 |
| 25 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $1,150.55 | $0.00 | $1,150.55 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $2,051.96 | $0.00 | $2,051.96 | $0.00 |
| 27 | TOWNSHIP OF MOUNT LAUREL | 24 | $8,382.30 | $614.78 | $7,767.52 | $0.00 |
| 28 | MADISON PLACE CONDOMINIUM ASSOCIATION,INC. | 33 | $3,195.00 | $0.00 | $3,195.00 | $0.00 |
| 29 | MADISON PLACE CONDOMINIUM ASSOCIATION,INC. | 13 | $250.00 | $250.00 | $0.00 | $0.00 |
| 30 | CAPITAL ONE, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | M & T BANK | 24 | $10,952.43 | $286.69 | $10,665.54 | $0.00 |
| 32 | M & T BANK | 13 | $549.00 | $549.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2023 | 12.00 | $0.00 |
| 10/01/2024 | Paid to Date | $8,414.00 |
| 11/01/2024 | 1.00 | $1,142.00 |
| 12/01/2024 | 46.00 | $1,232.00 |
| 10/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,120.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,108.81 |
| Arrearages: | $0.00 |
| Attorney: | ROBERT MANCHEL, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**