Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 23−18441−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lindsey A. Watson
  3203 Saxony Dr.
  Mount Laurel, NJ 08054−3000

Social Security No.:
  xxx−xx−0629

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 2/25/25 at 10:00 AM

to consider and act upon the following:

**70** − Response to (related document:68 Creditor's Certification of Default (related document:59 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of LAKEVIEW LOAN SERVICING, LLC. Objection deadline is 02/4/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor LAKEVIEW LOAN SERVICING, LLC) filed by Robert Manchel on behalf of Lindsey A. Watson. (Manchel, Robert)

Dated: 2/4/25

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court