UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert Manchel, Esq.
1 Eves Dr., Suite 111
Marlton, NJ. 08053
Attorney for debtor(s)
RM-1141

In Re:

Lindsey Watson

Case No. 23-18441ABA

Judge:

Chapter 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

## CREDITOR'S MOTION or CERTIFICATION OF DEFAULT

## X    TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (**choose one**):

1. _____ Motion for Relief from the Automatic Stay filed by _____, creditor. A hearing has been scheduled for _____ at \_\_\_\_\_am.

OR

_____ Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for _____, at 9:00am.

OR

\_\_\_\_\_ Certification of Default filed by _____, creditor. I am requesting that a hearing be scheduled on this matter.

OR

X    Certification of Default filed by Standing Chapter 13 Trustee.

I am requesting that a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (**choose one**):

\_\_\_\_\_ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

\_\_\_\_\_ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

 X    Other: I am able to cure my trustee payments arrears by capitalizing the arrears through the balance of the months of my bankruptcy plan. Please capitalize my arrears and allow me to continue with my case.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 3/20/25                                            /s/Lindsey Watson
                                                                    Lindsey Watson, debtor