Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  23−18441−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lindsey A. Watson
3203 Saxony Dr.
Mount Laurel, NJ 08054−3000
Social Security No.:
xxx−xx−0629
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 4/11/25 at 09:00 AM

to consider and act upon the following:

*77* – Response to (related document:76 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 03/25/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Robert Manchel on behalf of Lindsey A. Watson. (Manchel, Robert)

Dated: 3/21/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court