Law Offices of Robert Manchel
Executive Center of Greentree
One Eves Drive, Suite 111
Marlton, NJ 08053-3125
(856) 797-1500
Robert Manchel
RM 1141
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

IN RE:    Lindsey Watson    :    CASE NO. 23-18441ABA
:    CHAPTER 13

CERTIFICATION OF DEBTOR, LINDSEY WATSON

1. I am submitting this certification as a supplement to my response to the Trustee's Motion to Dismiss Case.

2. In March 2025, the trustee agreed to capitalize my arrears through the balance of my plan, which will increase my monthly trustee payment to $1,291.00, commencing in May 2025.

3. The trustee requires that I submit proof of income and Amended Schedules I and J, that reflect my ability to pay the increased payments.

4. Recently, I commenced new employment with EhealthInsurance Services Inc.

5. My employment commences on June 16, 2025.

6. My estimated monthly gross income is $5,430.00 based my hourly $20.00 rate, plus overtime and a minimum target for sales' commission.

7. I have attached letters and documents from said employer reflecting expected income.

8. I filed Amended Schedules I and J based on this expected income as well.

9. If on any month, I am unable to make my monthly trustee payments, various family members will assist me with the payments.

10. I have made a $1,232.00 trustee payment on March 4, 2025 and April 4, 2025.

11. I will continue to make my monthly trustee payments in the amount of $1,291.00.

I, Lindsey Watson, certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


DATED: May 12, 2025                                         */s/Lindsey Watson, debtor*
                                                            Lindsey Watson