UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:
LINDSEY A WATSON

Case No.: __1-23-BK-18441__

Chapter: __13__

Judge: __ANDREW B ALTENBURG JR__

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: __FIRST INVESTORS SERVICING CORPOR/, Creditor__
(Example: John Smith, creditor)

Old address: c/o Peritus Portfolio Svcs II, LLC
PO Box 141419
Irving TX 75014

New address: c/o Peritus Portfolio Services II, LLC
P.O. Box 1149
GRAPEVINE TX 76099

New phone no.: (866) 831-5954
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 6/26/2025

/s/ Georgina Yarbrough
Signature

*rev.2/1/16*