Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                         Case No.:  23−18441−ABA
                         Chapter:  13
                         Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lindsey A. Watson
   3203 Saxony Dr.
   Mount Laurel, NJ 08054−3000

Social Security No.:
   xxx−xx−0629

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>August 29, 2025</u>                 <u>Andrew B. Altenburg Jr.</u>
                                          Judge, United States Bankruptcy Court